AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Washington__

| United States of America | |
|---|---|
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Jamie Rasmussen | CASE NUMBER: 2:18-CR-00087-RAJ |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Jamie Rasmussen__ substitutes
(Party (s) Name)

__Corey Evan Parker__, State Bar No. __295317__ as counsel of record in
(Name of New Attorney)

place of __Ephraim William Benjamin__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Law Office of Corey Evan Parker |
|---|---|
| Address: | 1275 12th Avenue NW Suite 1B Issaquah, WA 98027 |
| Telephone: | (425) 221-2195       Facsimile (877) 802-8580 |
| E-Mail (Optional): | corey@coreyevanparkerlaw.com |

I consent to the above substitution.
Date: 9/25/18                                           [signature]

I consent to being substituted.
Date: 9/26/18                                           [signature] 23616

I consent to the above substitution.
Date: 9/25/2018                                         Corey Evan Parker
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/20/18                                           [signature]
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]