The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE RASMUSSEN,<br><br>Defendant. | Case No. 2:18-CR-00087-RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO EXTEND SURRENDER DATE |

The Court, having considered Defendant Jamie Rasmussen's Motion to Extend Surrender Date, and seeing that the Government has no opposition, the Court hereby grants the motion (Dkt. #30), and orders Defendant's current surrender date of October 9, 2018, be extended to October 24, 2018.

IT IS SO ORDERED this 4th day of October, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge