The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00087-RAJ |
| Plaintiff, | |
| vs. | ORDER DENYING DEFENDANT'S MOTION FOR BAIL PENDING APPEAL |
| JAMIE RASMUSSEN, | |
| Defendant. | |

The Court, having considered Defendant Jamie Rasmussen's Motion for Bail Pending Appeal, the Government's Opposition, Defendant's Reply, and the files and pleadings herein, hereby DENIES Defendant's Motion for Bail Pending Appeal (Dkt. #25).

DATED this 15th day of October, 2018.

_____
The Honorable Richard A. Jones
United States District Judge