The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE RASMUSSEN,<br><br>Defendant. | NO. CR18-0087RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND JUDGMENT |

This matter, having come to the Court's attention on the Stipulated Motion to Amend Judgment under Fed. R. Crim. P. 36, and the Court, having considered the Motion, and being fully advised in this matter,

IT IS ORDERED the parties' Stipulated Motion (Dkt. #42) is GRANTED. The Court will sign and enter the Amended Judgment in the form attached as Exhibit A to the parties' stipulation.

DATED this 26th day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO AMEND JUDGMENT - 1
*United States v. Rasmussen*, CR18-87RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970